FILED
2014 Jul-11 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **In re:** § § | |
| **TOTAL BODY ESSENTIAL NUTRITION, INC. PRODUCTS LIABILITY LITIGATION (MDL 1985)** § § § § § | **Master File No. 2:08-CV-1946-RDP** <br><br> **This Document Relates to:** <br> **2:11- CV-1051- RDP** |
| **COUNSEL FINANCIAL SERVICES, LLC,** § § | |
| **PLAINTIFF** § § | |
| **v.** § § § | **CASE NO. 2:11-CV-1051-RDP** |
| **E. KIRKSEY WOOD, JR.,** *ET AL.*, § § | |
| **DEFENDANTS** § | |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

An in-chambers status conference was conducted on June 26, 2014. At the conference the parties requested additional time to pursue settlement. The Court entered a Text Order [Doc. 216] requiring the parties to file a joint report regarding the status of those settlement discussions. The joint report was due on or before July 11, 2014.

The parties report that a term sheet has been circulated among the parties providing for a global settlement of all issues before the court in this action. In addition, a first draft of a settlement agreement has been circulated and attorneys for each of the parties are commenting on the

agreement. The parties are hopeful that a written settlement agreement will be finalized within two weeks. In light of the parties' expectations for settlement, the parties request the Court pass this case for two additional weeks and require a joint report regarding the status of the settlement discussions on or before July 25, 2014.

SIGNED this 11th day of July, 2014.

_____
_____
s/Randall A. Pulman                    _____
Randall A. Pulman
Leslie Sara Hyman
Elliott S. Cappuccio
Pulman, Cappuccio, Pullen & Benson, LLP
2161 NW Military Hwy, Ste 400
San Antonio, Texas 78213

ATTORNEYS FOR CFS


s/Howard M. Miles                      
_____
Howard M. Miles
Joe R. Whatley, Jr.
Whatley Kallas LLP
P. O. Box 10968
Birmingham, Alabama 35202-0647

ATTORNEYS FOR THE WOOD PARTIES

s/Richard A. Bearden                   
Richard A. Bearden

Garrick L. Stotser
Shay N. Click
Massey Stotser & Nichols PC
1780 Gadsden Highway
Birmingham, Alabama 35235

ATTORNEYS FOR THE PEOPLES PARTIES


s/David B. Anderson
_____
David B. Anderson
Deanna L. Weidner
Anderson Weidner LLP
1450 Financial Center
505 Twentieth Street North
Birmingham, Alabama 45203-4635

ATTORNEYS FOR THE VORTEX PARTIES

s/Deanna L. Weidner
David B. Anderson
Deanna L. Weidner
Anderson Weidner LLP
1450 Financial Center
505 Twentieth Street North
Birmingham, Alabama 45203-4635

ATTORNEYS FOR LAMB


s/Gregory L. Davis
_____
Gregory L. Davis
Davis & Taliaferro LLC
7031 Halcyon Park Drive
Montgomery, Alabama 36117

ATTORNEYS FOR KL HOLDINGS AND RAYMOND KELLER

s/Sarah Payne Thomson
_____

Sarah Payne Thomson
Leitman Siegal & Payne PC
420 Twentieth Street North, Suite 2000
Birmingham, Alabama 45203

ATTORNEYS FOR DEBRA LAMB

s/William Dennis Schilling
_____

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, Alabama 35255

ATTORNEY FOR THE KANAKIS PARTIES