IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COUNSEL FINANCIAL SERVICES LLC,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: 2:11-CV-1051-RDP |
| | } | |
| **E KIRKSEY WOOD, JR., et al.** | } | |
| | } | |
| Defendants. | } | |
| **ARCHIE CLEVELAND LAMB,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: 2:11-CV-1592-RDP |
| | } | |
| **COUNSEL FINANCIAL SERVICES LLC,** | } | |
| | } | |
| Defendant. | } | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

These cases are before the court on the Joint Status Report Regarding Settlement (Case No. 2:11- CV-1051- RDP, Doc. # 218) which reports that "a term sheet has been circulated among the parties providing for a global settlement of all issues" and "a first draft of a settlement agreement has been circulated." (Doc. # 218). In light of the matters contained in the Joint Status Report, and in keeping with this court's usual practice when informed that a settlement has been reached, the court **DISMISSES** these cases **WITHOUT PREJUDICE**. The court shall retain jurisdiction over these matters for the sole purpose of enforcing the settlement reached by the parties. The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but **not later than sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this   14th   day of July, 2014.

                                                                                           _____
                                                                                           **R. DAVID PROCTOR**
                                                                                           UNITED STATES DISTRICT JUDGE